```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEPHEN G. WOLFE (California State Bar No. 116400)
 4  Assistant United States Attorney
    Violent and Organized Crime Section
 5       1500 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone:  (213) 894-7408
 7       Facsimile:   (213) 894-3713
         E-mail: Steve.Wolfe@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 11-72-DDP |
|---|---|---|
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S ACCEPTANCE OF |
| v. | ) | PRESENTENCE REPORT |
| | ) | |
| EMIL AIRAPETIAN, | ) | |
| Defendant. | ) | |
| _____ | ) | |

  Plaintiff United States of America hereby accepts, without objection, the Presentence Report for defendant Airapetian.

DATE: June __5___, 2012          Respectfully Submitted,

                                 ANDRÉ BIROTTE JR.
                                 United States Attorney
                                 ROBERT E. DUGDALE
                                 Assistant U. S. Attorney
                                 Chief, Criminal Division


                                 _____/s/_____
                                 STEPHEN G. WOLFE
                                 Assistant United States Attorney

                                 Attorneys for Plaintiff
                                 United States of America