JOHN D. ROBERTSON (State Bar Number: 72400)
LAW OFFICES OF JOHN D. ROBERTSON
1055 Wilshire Blvd. Suite 1702
Los Angeles, CA 90017
TEL: (213) 482-8893
FAX: (213) 482-5002
EMAIL: jdrlaw@hotmail.com

Attorney for Defendant
**EMIL AIRAPETIAN**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO:   CR 11-00072-DDP |
| Plaintiff | |
| v. | **POSITION OF PARTIES RE SENTENCING OF DEFENDANT AIRAPETIAN; MEMORANDUM** |
| EMIL AIRAPETIAN, | |
| Defendant. | |

Defendant EMIL AIRAPETIAN, by and through counsel, John D. Robertson, respectfully submits the attached Position of Parties re Sentencing Factors.

Said Sentencing Position is based upon the attached Memorandum, the Guidelines Presentence Report and Recommendation ("PSR") filed herein by the United States Probation Office, the files and records of this case, the applicable sections of the United States Sentencing Guidelines and pertinent case law, and such further evidence and argument as may be considered by the Court at Mr. Airapetian's sentencing hearing.

//

1  Leave is requested to supplement Mr. Airapetian's Sentencing Position with
2  such additional information and precedent as may become appropriate prior to the
3  actual sentencing hearing in this matter.

5  DATED: July 10, 2012                    Respectfully Submitted,

          _____/s/_____
7         JOHN D. ROBERTSON, ESQ.
          Attorney for Defendant
8         EMIL AIRAPETIAN

# **MEMORANDUM**

Defendant Airapetian has no objection to the probation officer's calculation of the applicable guideline range in the PSR.

Defendant would ask the court to follow the recommendation of the probation officer and sentence him to 46 months. Such sentence is also in accord with the agreement of the parties in the Rule 11C(1)(c) plea agreement as to the appropriate sentence and applicable guideline calculation in this matter, and is in fact within the advisory guideline range in this matter.

While defendant's criminal history convictions are all well over ten (10) years old, it appears that the genesis of much of defendant's problems has been his substance abuse and drug addiction, and insofar as defendant has never had the benefit of drug treatment, and is determined and willing to remain clean and sober, defendant would also ask the court to recommend that he be allowed to participate in the Bureau of Prisons Residential Drug and Abuse Program (R.D.A.P.) Finally, despite the fact that defendant has already been incarcerated in this matter for approximately 1 year and 5 months, such a 46 month sentence will be the longest period of incarceration defendant has ever served. With family support, drug treatment and any mental health needs addressed while incarcerated, it appears defendant can be a productive member of society when released.

DATED: July 10, 2012                Respectfully Submitted,


                                    /s/
                                    JOHN D. ROBERTSON, ESQ.
                                    Attorney for Defendant
                                    EMIL AIRAPETIAN